UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-379-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| MICHAEL ANTONIO GATLING | |

On motion of the Defendant, Michael Antonio Gatling, and for good cause shown, it is hereby ORDERED that **DE 64** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **24** day of September, 2021.

JAMES C. DEVER III
United States District Judge