UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Antonio Gatling                    Docket No. 5:18-CR-379-1D

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Antonio Gatling, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 28, 2019, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Antonio Gatling was released from custody on October 11, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Upon review of the defendant's presentence investigation report, it was discovered the defendant was previously convicted of Attempted Second Degree Rape in 1998, and Failure to Register as a Sex Offender in 2007. It is requested the defendant be ordered to complete a psycho-sexual evaluation to determine if any further sex offender treatment or conditions are necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Jonathan A. Holmes<br>Jonathan A. Holmes<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 9196104087<br>Executed On: October 14, 2022 |

Michael Antonio Gatling
Docket No. 5:18-CR-379-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __17__ day of __October__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge